

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00311-CV

CHRISTINA BOB, Appellant

V.

CYPRESSWOOD COMMUNITY ASSOCIATION, Appellee

Appeal from the County Civil Court at Law No. 3 of Harris County. (Tr. Ct. No. 1036047).

**TO THE COUNTY CIVIL COURT AT LAW NO. 3 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 28th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 6, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Christina Bob, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 28, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Bland.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 7, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

